UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.                                              Case No. 24-30143
                                              Originating No.  23MJ01096

**TYLOR L. JOHNSON,**

        Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

      Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **TYLOR L. JOHNSON,** to answer to charges pending in another federal district, and states:

      1.    On **April 15, 2024,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of North Carolina based on a Violation Notice**.  Defendant is charged in that district with violations of **36 CFR 1.6(g)(1) – Engage in Activity without a Permit/Beach Driving Permit.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney


*s/Saima Mohsin*
SAIMA MOHSIN
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: April 15, 2024